Matter of Sevilla v Torres (2023 NY Slip Op 06702)

Matter of Sevilla v Torres

2023 NY Slip Op 06702

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND DELCONTE, JJ.

1039 CAF 22-00517

[*1]IN THE MATTER OF JEAN C. SEVILLA, PETITIONER-APPELLANT,
v
ROCHELLE TORRES, RESPONDENT-RESPONDENT. 

KATHRYN M. FESTINE, UTICA, FOR PETITIONER-APPELLANT.
PETER J. DIGIORGIO, JR., UTICA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered March 7, 2022, in a proceeding pursuant to Family Court Act article 8. The order, insofar as appealed from, dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court